In the Interest of J.B., Plaintiff.

S.B. (Natural Mother), Appellant,

v.

**ADAIR COUNTY DIVISION OF FAMILY SERVICES and Adair County Juvenile Office, Respondents.**

No. WD 53289.

Missouri Court of Appeals, Western District.

Dec. 16, 1997.

Seth D. Shumaker, Kirksville, for appellant.

Wallace W. Trosen, Trosen & Williams, Kirksville, for respondent.

Before SMART, P.J., and LOWENSTEIN and LAURA DENVIR STITH, JJ.

PER CURIAM.

S.B., the natural mother, appeals from the entry of judgment which terminated her parental rights to J.B. She claims three points of error, none of which are meritorious. Finding no precedential value to our decision, we affirm by this summary order but have provided the parties with a memorandum setting out the reasons for our decision. Rule 84.16(b).